1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Charles Hill
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,         )
                                     )  2:07-cr-0110 FCD
10         Plaintiff,                )
                                     )  STIPULATION AND ORDER
11    v.                             )  CONTINUING TRIAL
                                     )
12   CHARLES D. HILL                 )
                                     )
13                                   )
             Defendant,              )
14  _____)

15       The parties now stipulate that the presently set jury trial

16  date be vacated and the case set on calendar for status on

17  October 15, 2007 at 10:00 AM.  The reason for this request is to

18  allow the Defendant to consider a misdemeanor offer from the U. S.

19  Attorney. It is anticipated that the case will settle prior to the

20  above requested status date.  It is further stipulated that time

21  should be excluded from the Speedy Trial Act for Counsel

22  preparation under Local Code T4.

23       The parties respectfully request the court approve and issue

24  an order as set forth here.

25  ///

26  ///

27  ///

28
                                    1

Dated September 17, 2007

|       /s/ANNE PINGS       |       /s/J. TONEY       |
|---|---|
| Anne Pings | J. Toney |
| Assistant U.S. Attorney | Attorney for Charles Hill |

   IT IS SO ORDERED

Dated: September 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2