1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com

5
   Attorney for Defendant
6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )
                                    )   Cr. No. S-07-110 FCD
10          Plaintiff,              )
                                    )   STIPULATION AND ORDER
11     v.                           )   CONTINUING SENTENCING
                                    )
12   CHARLES HILL                   )
                                    )
13                                  )
            Defendant,              )
14  _____ )

15      Because the parties are continuing to work on matters which

16  might affect sentencing, it is STIPULATED that the present date for

17  sentence be continued from January 8, 2008 until January 28, 2008

18  at 10:00 a.m.

19  Dated January 4, 2008.

20

21      /s/ ANNE PINGS                        /S/ J.TONEY

22         Anne Pings                           J. Toney

23  Assistant U.S. Attorney              Attorney for Charles Hill

24

25  SO ORDERED:

26  Dated: January 7, 2008

27                                   FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE
28
                                    1