

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No.  2:07-CR-0110 FCD |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CHARLES D. HILL,  ) | |
| ) | |
| Defendant.  ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release Charles D. Hill, Case No. 2:07-CR-0110 FCD, from custody subject to the conditions stated on record at the hearing of Judgment and Sentencing on January 28, 2008 and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

    _X_    (Other)    <u>Conditions as stated on the record:</u> Defendant is Ordered released to the custody of his attorney, J. Toney, and to be delivered to the *Effort Residential Treatment Program.*

Issued at  Sacramento, CA  on January 28, 2008 at 10:00 a.m.

By: _____

Frank C. Damrell, Jr.
United States District Judge