```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Charles Hill
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Cr. No. 07-0110 FCD |
| v. | ) STIPULATION AND ORDER |
|  | ) CONTINUING DISPOSITIONAL |
|  | ) HEARING |
| CHARLES HILL | ) |
|  | ) (Sept 29, 2008 at 10:00 AM |
| Defendant, | ) before Judge Damrell) |
| _____ | ) |

Because the Defendant is requesting time to produce evidence in mitigation of sentence, it is STIPULATED that the presently set dispositional hearing be continued to September 29 2008 at 10:00 AM and the parties request the Court so order.

Dated September 5, 2008

    /s/ ANNE PINGS                    /S/J TONEY
      Anne Pings                        J. Toney
Assistant U.S. Attorney         Attorney for Defendant

SO ORDERED:

Dated September 5, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1