J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Charles Hill

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. No. 07-110 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING DISPOSITIONAL |
| | ) HEARING |
| CHARLES HILL | ) |
| | ) (Oct. 6, 2008 at 10:00 AM |
| | ) before Judge Damrell) |
| Defendant, | ) |

Because the Defendant is requesting time to reconsider entry into a drug treatment facility, the parties Stipulate that the dispositional hearing be continued to October 6, 2008 at 10:00 AM and the parties request the Court so order.

Dated September 25, 2008

  /s/ ANNE PINGS                 /S/J TONEY
     Anne Pings                    J. Toney
Assistant U.S. Attorney     Attorney for Defendant

SO ORDERED:

Dated September 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1